# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RANGEL,<br><br>Defendant. | No. 2:17-CR-00101-WFN-15<br><br>ORDER GRANTING MODIFICATION OF RELEASE CONDITIONS AND EXPEDITED HEARING<br><br>**MOTION GRANTED**<br>**(ECF No. 547)** |

Before the Court is Defendant's Motion to Modify Conditions of Release and Expedited Hearing. ECF No. 547. Defendant recites in his motion that he wishes to travel to Post Falls, Idaho between September 21, 2017 and September 28, 2017 to work on a drywall job at 2315 E. Knapp Drive. Defendant, through the declaration of counsel, also recites that the United States' deferred to the recommendation of U.S. Probation and that U.S. Probation Officer Erik Carlson offered no objection to the proposed modification.

Therefore, **IT IS ORDERED**, that Defendant's Motion, **ECF No. 547**, is **GRANTED**. Defendant is permitted to travel to Post Falls, Idaho for work at the address specified above, on September 21 to 28, 2017, inclusive, on the express condition that prior to departing this District, Defendant provides Pretrial Services the address and landlord where he will reside, and a telephone number where he may be contacted at any time he is out of this District.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED September 22, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE