FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ALEXANDER RANGEL,<br><br>Defendant. | No. 2:17-CR-0101-WFN-15<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |

**BEFORE THE COURT** is Defendant's December 21, 2018, unopposed motion to authorize one-time out-of-district travel. ECF No. 1149. Defendant seeks permission to travel to Denver, Colorado between December 23, 2018, and January 5, 2019, to spend the holidays with his family. *Id*.

Defense counsel indicates the United States had been contacted and deferred to Pretrial Services regarding the requested travel. ECF No. 1150. Defense counsel indicated Pretrial Services (Erik Carlson) had been contacted and expressed no objection to the travel request. ECF No. 1149 at 2.

**IT IS ORDERED** that Defendant's motion to modify the conditions of his pretrial release, **ECF No. 1149**, is **GRANTED**. Defendant may travel to Denver, Colorado, on Sunday, December 23, 2018, returning to Spokane no later than January 5, 2019.

ORDER - 1

Prior to leaving the district, Defendant must provide Pretrial Services with specific information about where he will be located while out of the district and how he can be contacted by telephone at any time he is out of the district.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 21, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2