PROB 12C
(6/16)

Report Date: June 8, 2022

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Victor Alexander Rangel | Case Number: 0980 2:17CR00101-WFN-15 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 24, 2019

Original Offense:    Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 841(a)(1).(b)(1)(C)

| | | |
|---|---|---|
| Original Sentence: | Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: December 20, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 19, 2022 |

### PETITIONING THE COURT

To issue a summons.

On December 20, 2019, Mr. Rangel signed his judgement acknowledging his understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Mr. Rangel is in violation of his conditions of supervised release for driving under the influence, operating motor vehicle without insurance, and improper lane usage on June 4, 2022.

According to the police reported filed by the Spokane Police Department, incident number 2022-20094353, on June 4, 2022, officers responded to a reported collision.

When the officer arrived to the scene, the officer met with the only involved driver of the collision, identified as Mr. Rangel, who was removing items from his vehicle and moving them to another vehicle that had arrived to pick him up. Mr. Rangel appeared to be in a hurry to get his items from his vehicle so that he could leave. At first Mr. Rangel ignored the officer's presence when asked if they could speak with him.  Mr. Rangel eventually spoke with the officer and stated the following: He advised he was driving his vehicle eastbound on E. Hartson Ave when a vehicle heading westbound swerved into his lane. He veered to

Prob12C
**Re: Rangel, Victor Alexander**
**June 8, 2022**
**Page 2**

the right to avoid the oncoming vehicle which caused him to collide with two parked vehicles.

When Mr. Rangel was asked if he had anything to drink that day, he stated he had two beers for lunch. He stated he had not consumed any other alcohol, marijuana, or any illicit drugs that day. He was asked if he was willing to complete a field sobriety test to see if he was impaired by alcohol and he agreed. He failed the field sobriety test. Mr. Rangel's blood alcohol content (BAC) reading was 0.196, which is approximately twice the legal limit.

Mr. Rangel was arrested and booked into the Spokane County Jail. He has since been released.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/08/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/9/2022
Date